```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA

CYNTHIA SLEMIN,                  )
                                 )
            Plaintiff,           )         4:08CV3002
                                 )
      v.                         )
                                 )
MIDWEST WEB, INC.,               )         ORDER
                                 )
            Defendant.           )
                                 )
```

IT IS ORDERED:

Defendant's unopposed oral motion is granted and the Rule 16 telephone planning conference is continued from August 4 to August 22, 2008 at 9:30 a.m.

Plaintiff's counsel shall initiate the call.

DATED this 7th day of May, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge